463 A.2d 35

Hild v. Fotiadis, et ux., Appellants.

Petition for Allowance of Appeal Denied Oct. 17, 1983.

Argued April 6, 1983. George Gershenfeld, for appellants; Samuel C. Stretton, for appellee.

Before SPAETH, WIEAND and HOFFMAN, JJ.

The order of the lower court is affirmed.